OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Daniel G. EHRGOOD, Respondent.

Nos. 722 Disciplinary Docket
No. 3, 113 DB 2000.

Supreme Court of Pennsylvania.

Feb. 14, 2002.

### ORDER

PER CURIAM.

AND NOW, this **14th** day of **February, 2002,** upon consideration of the Report and Recommendations of the Disciplinary Board dated December 18, 2001, it is hereby

ORDERED that DANIEL G. EHRGOOD, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Albert P. GRIFFIN, Respondent.

Nos. 729 Disciplinary Docket
No. 3, 6 DB 2002.

Supreme Court of Pennsylvania.

Feb. 14, 2002.

### ORDER

PER CURIAM.

AND NOW, this 14th day of February, 2002, there having been filed with this Court by Albert P. Griffin his verified Statement of Resignation dated January 16, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Albert P. Griffin be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.